STATE v. JONES

No. 191P85.

Case below: 73 N.C. App. 700.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 July 1985.

STATE v. LEONARD

No. 313P85.

Case below: 74 N.C. App. 443.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 July 1985.

STATE v. OWENS

No. 236P85.

Case below: 73 N.C. App. 631.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 July 1985.

STATE v. SHOWN

No. 161P85.

Case below: 73 N.C. App. 150.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 July 1985. Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 3 July 1985.

STATE v. STRICKLIN

No. 396P85.

Case below: 75 N.C. App. 200.

Petitions by defendant for discretionary review under G.S. 7A-31 and for writ of supersedeas and temporary stay denied 10 July 1985.